1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEDINA-MORALES

6                                              *E-FILED - 8/11/09*

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,            Case No.: CR 09-00425-RMW
12
                 Plaintiff,             **STIPULATION TO CONTINUE
13                                       HEARING AND EXCLUDE TIME;
          v.                             [] ORDER**
14
   GABRIEL MEDINA-MORALES
15                                       Honorable Ronald M. Whyte
                 Defendant.
16
   _____/
17

18       Defendant and the government, through their respective counsel, hereby stipulate that, subject

19  to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday,

20  August 3, 2009 at 9:00 a.m., be continued to Monday, September 21, 2009, at 9:00 a.m.   The

21  continuance is requested to allow time for effective defense preparation and investigation.  Presently,

22  the defense is in the process of obtaining transcripts and records regarding Mr. Medina-Morales'

23  enhancing prior case.

24       The parties further agree that time should be excluded under the Speedy Trial Act because the

25  ends of justice served by granting the requested continuance outweigh the  interest of the public and

26

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00425-RMW                         1

1    the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

2    counsel reasonable time necessary for effective preparation, taking into account the exercise of due

3    diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this

4    exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

5

6    Dated: 7/29/09                       _____/s/_____

7                                   LARA S. VINNARD<br>                                  Assistant Federal Public Defender

8    Dated: 7/30/09                       _____/s/_____

9                                     CHAD MANDELL<br>                                  Assistant United States Attorney

10

11                                 **[] ORDER**

12        The parties have jointly requested a continuance of the hearing set for Monday, August 3,

13    2009, to allow time for effective defense preparation and investigation.

14        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently

15    set for Monday, August 3, 2009, be continued to Monday, September 21, 2009, at 9:00 a.m.

16        Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

17    under the Speedy Trial Act from August 3, 2009 to September 21, 2009.   The Court finds, based on

18    the aforementioned reasons, that the ends of justice served by granting the requested continuance

19    outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the

20    requested continuance would deny defense counsel reasonable time necessary for effective

21    preparation, taking into account the exercise of due diligence, and would result in a miscarriage of

22    justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.

23    §§ 3161(h)(8)(A) and (B)(iv).

24    Dated:  8/11/09                  _____

25                                    RONALD M. WHYTE<br>                                  United States District Judge

26

STIP. TO CONTINUE;<br>[ ORDER<br>No. CR 09-00425-RMW             2