BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MEDINA-MORALES

*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>GABRIEL MEDINA-MORALES<br><br>            Defendant.<br>_____/ | Case No.: CR 09-00425-RMW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER**<br><br>Honorable Ronald M. Whyte |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, December 14, 2009 at 9:00 a.m., be continued to Monday, January 4, 2010, at 9:00 a.m. The continuance is requested because the government requires additional time to research and respond to the defendant's proposal to resolve the case, and the defense will require time to discuss the government's response with Mr. Medina-Morales.

    The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00425-RMW                                1

the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 12/9/09                                        /s/                                          
                                                           LARA S. VINNARD
                                                           Assistant Federal Public Defender

Dated: 12/9/09                                        /s/                                          
                                                           CHAD MANDELL
                                                           Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, December 14, 2009, to allow time for effective defense preparation and investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, December 14, 2009, be continued to Monday, January 4, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from December 14, 2009 to January 4, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 12/23/09                                    _Ronald M. Whyte_____
                                                           RONALD M. WHYTE
                                                           United States District Judge

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00425-RMW                          2