1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEDINA-MORALES         *E-FILED - 12/23/09*

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,              Case No.: CR 09-00425-RMW

                Plaintiff,                **STIPULATION TO CONTINUE
13                                        HEARING AND EXCLUDE TIME;
           v.                             [] ORDER**
14
   GABRIEL MEDINA-MORALES
15                                        Honorable Ronald M. Whyte
                Defendant.
16
   _____/
17

18      Defendant and the government, through their respective counsel, hereby stipulate that, subject

19 to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday,

20 January 4, 2010, at 9:00 a.m., be continued to Monday, January 25, 2010, at 9:00 a.m.   The

21 continuance is requested because government counsel, Steven Seitz, will be out of town, government

22 counsel requires additional time to consider and prepare a possible plea agreement, and the defense

23 will require time to review it with Mr. Medina.

24      The parties further agree that time should be excluded under the Speedy Trial Act because the

25 ends of justice served by granting the requested continuance outweigh the  interest of the public and

26

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00425-RMW                           1

the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 12/22/09

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 12/22/09

/s/
JOE FAZIOLI
Assistant United States Attorney

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, January 4, 2010, to allow time for effective defense preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, January 4, 2010, be continued to Monday, January 25, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 4, 2010, to January 25, 2010. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated:   12/23/09

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00425-RMW                     2