BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 6/9/10*

Counsel for Defendant MEDINA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>GABRIEL MEDINA-MORALES<br><br>          Defendant. | No. 09-00425 RMW<br><br>**STIPULATION TO CONTINUE HEARING; [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, June 14, 2010 at 9:00 a.m., be continued to Monday, July 12, 2010, at 9:00 a.m.  The continuance is requested because defense counsel has been ill and unable to complete a sentencing memorandum.

Dated: 6/9/10                                     /s/
                                                          LARA S. VINNARD
                                                          Assistant Federal Public Defender

Dated: 6/9/10                                     /s/
                                                          DAVID PAXTON
                                                          Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 09-00425 RMW                                   1

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, June 14, 2010, to allow time for the defense to complete a sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, June 14, 2010, be continued to Monday, July 12, 2010, at 9:00 a.m.

Dated: 6/9/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge