JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

*E-FILED - 12/7/10*

Attorneys for Defendant Gabriel Medina-Morales

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GABRIEL MEDINA-MORALES,<br><br>    Defendant. | CASE NO:   CR 09-00425-01 RMW<br><br>STIPULATION FOR JOINT REQUEST TO CONTINUE HEARING TO DECEMBER 13, 2010 & ORDER RE SAME. |

The parties, Plaintiff United States of America and Defendant Gabriel Medina-Morales, hereby stipulate to request that the Court continue the sentencing hearing in this case from October 18, 2010 to December 13, 2010, at 9:00 a.m., before the Honorable Ronald M. Whyte, Judge of the United States District Court for the Northern District of California.  This request for a continuance is necessary for the Defendant's forensic expert to complete his work, which relates to sentencing factors affecting Mr. Medina-Morales' sentence.  Federal Probation Officer Aylin Raya is available on that date.

DATED: October 14, 2010

                /S/
JERRY Y. FONG, Attorney for
Defendant GABRIEL MEDINA-MORALES

DATED: October 14, 2010

/S/
DAVID PAXTON, AUSA for
Plaintiff UNITED STATES OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for this case shall be continued from October 18, 2010 to December 13, 2010, at 9:00 a.m. It is so ordered.

DATED: 12/7/10

*Ronald M. Whyte*
JUDGE OF THE UNITED STATES
DISTRICT COURT