JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

*E-FILED - 12/10/10*

Attorneys for Defendant Gabriel Medina-Morales

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO:   CR 09-00425-01 RMW |
| )   Plaintiff,   ) | STIPULATION FOR JOINT REQUEST TO CONTINUE HEARING TO FEBRUARY 28, 2011 & PROPOSED ORDER RE SAME. |
| vs.   ) ) | |
| GABRIEL MEDINA-MORALES,   ) ) | |
| Defendant.   ) ) | |

The parties, Plaintiff United States of America and Defendant Gabriel Medina-Morales, hereby stipulate to request that the Court continue the sentencing hearing in this case from December 13, 2010 to February 28, 2011, at 9:00 a.m., before the Honorable Ronald M. Whyte, Judge of the United States District Court for the Northern District of California.  Federal Probation Officer Aylin Raya is available on that date.

Previously, Defendant requested (and obtained) an earlier continuance, by stipulation, from October to the present date of December 13, 2010.  Since that time, Defendant's counsel has retained a forensic psychiatrist who interviewed and examined Mr. Medina-Morales.  After his initial work, the expert advised Defendant's counsel that he needs to review certain specific psychiatric records from the Immigration facility in Arizona, before he can complete his analysis.  Defense counsel has been trying to obtain said records, but the

records are not yet available. Defendant contends that the forensic expert's medical opinion is important and necessary to explain his motive and compulsion to return to the United States after deportation. Defendant further contends that this information will form the basis for his argument for a sentence below the Sentencing Guideline range. For these reasons, Defendant Gabriel Medina-Morales respectfully requests that the Court grant the extension of time by continuing the sentencing hearing to February 28, 2011 at 9:00 a.m.

DATED: December 7, 2010        /S/
                               JERRY Y. FONG, Attorney for
                               Defendant GABRIEL MEDINA-MORALES

DATED: December 7, 2010        /S/
                               DAVID PAXTON, AUSA for
                               Plaintiff UNITED STATES OF AMERICA

## [] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for this case shall be continued from December 13, 2010 to February 28, 2011, at 9:00 a.m. It is so ordered.

DATED: 12/10/10                *Ronald M. Whyte*
                               JUDGE OF THE UNITED STATES
                               DISTRICT COURT