MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
  150 South Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5588
  Facsimile: (408) 535-5066
  suzanne.deberry2@usdoj.gov

Attorneys for the United States

*E-FILED - 2/24/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GABRIEL MEDINA-MORALES,<br><br>    Defendant. | No.   CR 09-00425-RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING FROM FEBRUARY 28, 2011<br>TO MARCH 28, 2011 |

      The Parties, Gabriel Medina-Morales and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently set for February 28, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for March 28, 2011 at 9:00 a.m.

      On March 29, 2010, the Defendant pleaded guilty to one count of illegal re-entry, in violation of Title 8 United States Code, Section 1326. Several sentencing hearings have been set and vacated since that date. The next sentencing hearing is set for February 28, 2011.

      On February 8, 2011 and February 17, 2011, the Defendant filed motions requesting a speedy trial, dismissal of the indictment, and dismissal of his current attorney of record, Jerry Fong. The Parties are requesting continuance of the sentencing hearing in order to obtain a

1 transcript of the plea colloquy and to further investigate and respond to the substantive issues in
2 the Defendant's motions. At the next hearing date, the Parties will request a sentencing date, if
3 necessary, after the Court has decided on the Defendant's motions.

6 DATED: February 23, 2011             MELINDA HAAG
                                       United States Attorney

8                                      _____/s/_____
                                       SUZANNE DeBERRY
9                                      Assistant United States Attorney

11                                     _____/s/_____
                                       JERRY Y. FONG
12                                     Attorney for Defendant

| | |
|---|---|
| 1 | **[ XXXXXXX ] ORDER** |

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for February 28, 2011 at 9:00a.m. is vacated, and the matter is continued to March 28, 2011 at 9:00a.m.   *The Court first received this stipulation and proposed order after it issued its order dated February 23, 2011 [Docket #42].

IT IS SO ORDERED.

DATED:  2/24/11

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE