1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040         *E-FILED - 4/22/11*
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant Gabriel Medina-Morales

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )   CASE NO:   CR 09-00425-01 RMW
12                                  )
          Plaintiff,                )   STIPULATION FOR JOINT REQUEST
13                                  )   TO CONTINUE SENTENCING
   vs.                              )   HEARING &  ORDER
14                                  )
   GABRIEL MEDINA-MORALES,          )
15                                  )
          Defendant.                )
16 _____  )

17

18      The parties, Plaintiff United States of America and Defendant Gabriel Medina-

19 Morales, hereby stipulate to request that the Court continue the sentencing hearing in this

20 case from April 25, 2011 to June 27, 2011, at 9:00 a.m., before the Honorable Ronald M.

21 Whyte, Judge of the United States District Court for the Northern District of California.

22 Federal Probation Officer Aylin Raya is available on that date.

23      The request is made by the Defense because on Saturday, April 16, 2011, Defendant

24 Gabriel Medina-Morales advised his counsel, Attorney Jerry Fong, that he wishes to move

25 to withdraw his guilty plea on the basis that Mr. Medina-Morales believes that, during the

26 proceeding in which he entered his open guilty plea, he was informed that his prior felonies

27 had been dropped and would not be used against him at sentencing.  Attorney Fong wishes

28 to advise the Court that he is obligated to investigate this claim, which was made for the first

1  time on April 16, 2011.  To that end, Mr. Fong has requested a copy of the transcript from
2  that proceeding (which took place on March 29, 2010).  The stipulation is necessary, from
3  the Defendant's perspective, to permit defense counsel sufficient time to investigate the
4  possible motion to withdraw Mr. Medina-Morales' guilty plea.

DATED: April 19, 2011           /S/
                                JERRY Y. FONG, Attorney for
                                Defendant GABRIEL MEDINA-MORALES

DATED: April 19, 2011           /S/
                                SUZANNE DeBERRY, AUSA for
                                Plaintiff UNITED STATES OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for this case shall be continued from April 25, 2011 to June 27, 2011, at 9:00 a.m.  It is so ordered.

DATED: 4/22/11                  *Ronald M. Whyte*
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT